UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| United States of America | Plaintiff |
| Vs. | Court No. 3:07-CR-136-DCB-LRA-1 |
| Derrick Brown | Defendant |
| And | |
| Jaco'S Tacos<br>318 S. State Street,<br>Jackson, MS 39201-4417 | Garnishee |

## ORDER QUASHING GARNISHMENT

This cause came on for consideration on a motion (Dkt. # 22) of the United States Attorney to quash the Writ of Garnishment issued in this action on the grounds that the Defendant is no longer employed by Garnishee.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Garnishment issued in this action on October 1, 2015, (Dkt. # 20) be and it is hereby quashed, and the garnishee, Jaco's Tacos, is hereby dismissed.

ORDERED AND ADJUDGED this  2nd  day of  November , 2015.

s/David Bramlette
HONORABLE DAVID C. BRAMLETTE, III
UNITED STATES DISTRICT JUDGE