UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

United States of America                                                                                 Plaintiff

Vs.                                                                        Criminal No. 3:07-CR-136-DCB-LRA-1

Derrick Brown                                                                                            Defendant

and

Sodexco/Jackson State University                                                                         Garnishee
Payroll/Human Resources
1400 J.R. Lynch Street
Jackson, MS   39209

AGREED ORDER FOR ENTRY
OF VOLUNTARY GARNISHMENT

The parties, The United States of America and the ("Defendant,") Derrick Brown, agree and stipulate as follows:

1. On April 22, 2008, a Judgment was entered in Case No. 3:07-CR-136-DCB-LRA-1, in the United States District Court for the Southern District of Mississippi, Northern Division in the sum of $1,600.00. A balance of $1,115.00 remains outstanding as of March 15, 2016.

2. The United States and Defendant have agreed to a Voluntary Wage Garnishment, through his employer, Sodexco/Jackson State University ("Garnishee"). [# 27]

3. The parties agree to the payment of $25.00 bi-weekly, or $50.00 per month starting with the pay period beginning, March 14, 2016, until the balance is paid in full.

**4.** Defendant agrees to annually provide all requested financial information for review in order to determine if there is a change in his financial ability to repay this debt.

**All payments under this garnishment should be made payable to the Clerk of Court and mailed to the United States District Court, 501 E. Court Street, Suite 2.500,**

**Jackson, MS 39201, unless otherwise notified. Please post the court number on memo line for proper identification. (3:07-CR-136-DCB-LRA-001).**

5. Defendant and the Garnishee and anyone else who receives notice of this assignment, shall advise the United States Attorney's Office of any change in the defendant's employment status.

SO ORDERED AND ADJUDGED this   15th   day of   March        , 2016.

                                                  s/David Bramlette
                                                 HONORABLE DAVID C. BRAMLETTE
                                                 UNITED STATES DISTRICT COURT JUDE

| | |
|---|---|
| /s/ Pshon Barrett | /s/ Derrick Brown |
| Pshon Barrett | Derrick Brown |
| Assistant United States Attorney | Jackson, MS   39204 |
| 501 East Court Street, Suite 4.430 | |
| Jackson, MS 39201 | |
| MS State Bar No. 2071 | |
| (601) 965-4480 | |
| Pshon.Barrett@usdoj.gov | |
| | |
| March 10, 2016 | March 10, 2016 |
| DATE | DATE |