UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

United States of America                                                                       Plaintiff

v.                                                                  Court No. 3:07-CR-136-DCB-LRA-1

Derrick Brown                                                                                  Defendant

and

Sodexo Education East, LLC ("SDH")
Post Office Box 283
St. Louis, MS 63166-0283                                                                       Garnishee

ORDER OF CONTINUING GARNISHMENT

THIS CAUSE is before the Court on a Motion for Order of Continuing Garnishment [#36] requesting Garnishee, SDH, to pay to Plaintiff from Defendant's earnings the sum of 25% [$78.66 bi-weekly] of Defendant's monthly non-exempt net disposable earnings until the judgment owed to Plaintiff in the amount of $1,115.00, is paid in full or until Garnishee no longer has possession or control of wages belonging to Defendant. The Court has considered the Motion and finds that it is in compliance with the provisions of the Federal Debt Collection Procedures Act, 28 U.S.C. §3205 and should be granted.

IT IS HEREBY ORDERED that Garnishee, SDH, pay to Plaintiff from Defendant's earnings the sum of $78.66 bi-weekly of Defendant's non-exempt net disposable earnings until the judgment owed to Plaintiff is paid in full or until Garnishee no longer has possession or control of wages belonging to Defendant or until further order of this Court.

**All checks or money orders are to be made payable to the Clerk, U.S. District Court. Payments are to be mailed to the Clerk U.S. District Court, 501 E. Court Street, Suite**

**2.500, Jackson, MS 39201, unless otherwise notified; and also should include the above-referenced Court Number on the payment**.

     The Clerk of the Court is directed to forward a copy of this Order to parties of record.

DATED: <u>December 14, 2016</u>　　　　　　　<u>s/David Bramlette</u>  
　　　　　　　　　　　　　　　　　　　　　HONORABLE DAVID C. BRAMLETTE  
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE